IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| PATSY MARIE BUCKNER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:09CV158 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER** is before the Court on the Consent Motion for Entry of Order Accepting Parties' Agreement on Attorney Fees. The parties agree to an award of legal fees in the amount of $750.00, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. The Consent Motion for Entry of Order Accepting Parties' Agreement on Attorney Fees is **GRANTED**, to the extent that Plaintiff shall be paid the sum of $750.00 for attorney fees.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

Signed: August 6, 2009

Lacy H. Thornburg
United States District Judge